IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDGE CONSTRUCTION COMPANY, INC., )
)
Plaintiff, )
)
v. ) Case No. 06-635C
) (Chief Judge Edward J. Damich)
THE UNITED STATES, )
)
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005

Attention Classification Unit
8th Floor, "L" Street Building

Dated: October 27, 2006

s/Brian S. Smith
Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0391
FAX #(202) 353-7988
Brian.smith@usdoj.gov

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on October 27, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith