# In the United States Court of Federal Claims

No. 06-635 C

(Filed: November 20, 2006)

****************************************
**EDGE CONSTRUCTION COMPANY, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
****************************************

## ORDER

On September 8, 2006, Plaintiff filed its complaint in this case. Pursuant to Rule 12(a)(1) of the Rules of the United States Court of Federal Claims, Defendant's answer was due on or before November 7, 2006. The Court is at a loss as to why Defendant's answer has not been filed. Defendant has neither moved for an extension of time to file its answer nor informed the Court of any reason why it has not been filed.

The answer shall be due on or before **December 1, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge