IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDGE CONSTRUCTION COMPANY, INC., )
)
Plaintiff, )
)
v. ) Case No. 06-635C
) (Chief Judge Damich)
THE UNITED STATES, )
)
)
Defendant. )

DEFENDANT'S ANSWER

For its answer to the amended complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits.

4. Admits.

5. Admits the allegations contained in paragraph 5 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. There are no factual allegations in paragraph 6; therefore, no response is required.

7. The allegation contained in paragraph 7 is a conclusion

of law to which no response is required; to the extent that is may be deemed an allegation of fact, it is denied.

8. The allegations contained in paragraph 8 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

9. The allegation contained in paragraph 7 is a conclusion of law to which no response is required; to the extent that is may be deemed an allegation of fact, it is denied.

10. Defendant hereby incorporates its responses to paragraphs 1 through 9 of plaintiff’s complaint.

11. Admits the allegations contained in paragraph 11 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 11.

12. Admits the allegations contained in paragraph 12 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 12.

13. The allegations contained in paragraph 13 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

14. The allegations contained in paragraph 14 are

conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

15. Admits the allegations contained in paragraph 15 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. The allegation regarding wrongful termination is a conclusion of law to which no response is required; to the extent that it may be deemed an allegations of fact it is denied. Admits the remaining allegations contained in paragraph 16 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 16.

17. The allegation regarding wrongful termination is a conclusion of law to which no response is required; to the extent that it may be deemed an allegations of fact it is denied. Admits the remaining allegations contained in paragraph 17 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained in paragraph 18 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations

contained in paragraph 18 for lack of knowledge or information sufficient to form a belief as to their truth.

19. The allegation regarding wrongful termination is a conclusion of law to which no response is required; to the extent that it may be deemed an allegations of fact it is denied. Admits the remaining allegations contained in paragraph 19 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 19 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

20. Defendant hereby incorporates its responses to paragraphs 1 through 19 of plaintiff's complaint.

21. Admits the allegations contained in paragraph 21 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 21.

22. Admits the allegations contained in paragraph 22 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 22.

23. The allegation contained in paragraph 23 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

24. The allegation contained in paragraph 23 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

25. The allegations contained in paragraph 25, including the "wherefore" paragraph, are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 25 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

26. Defendant hereby incorporates its responses to paragraphs 1 through 25 of plaintiff's complaint.

27. Admits the allegations contained in paragraph 27 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 27.

28. Admits the allegations contained in paragraph 28 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 28.

29. The allegation contained in paragraph 29 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

30. The allegation contained in paragraph 30 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

31. The allegation contained in paragraph 31 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 31 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

32. Defendant hereby incorporates its responses to paragraphs 1 through 31 of plaintiff's complaint.

33. Admits the allegations contained in paragraph 33 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 33.

34. The allegation contained in paragraph 34 is a conclusion of law to which no response is required; to the extent that it

may be deemed an allegation of fact, it is denied.

35. The allegation contained in paragraph 35 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

36. The allegation contained in paragraph 36 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

37. The allegation contained in paragraph 37 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered “wherefore” paragraph following paragraph 37 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

38. Defendant hereby incorporates its responses to paragraphs 1 through 37 of plaintiff’s complaint.

39. Admits the allegations contained in paragraph 39 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 39.

40. Admits the allegations contained in paragraph 40 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 40.

41. The allegation contained in paragraph 41 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

42. The allegation contained in paragraph 42 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

43. The allegation contained in paragraph 43 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 43 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

44. Defendant hereby incorporates its responses to paragraphs 1 through 43 of plaintiff's complaint.

45. Admits the allegations contained in paragraph 45 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 45.

46. Admits the allegations contained in paragraph 46 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 46.

47. The allegation contained in paragraph 47 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

48. The allegation contained in paragraph 48 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

49. The allegation contained in paragraph 49 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 49 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

50. Defendant hereby incorporates its responses to paragraphs 1 through 49 of plaintiff's complaint.

51. Admits the allegations contained in paragraph 51 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 51.

52. Admits the allegations contained in paragraph 52 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 52.

53. The allegation contained in paragraph 53 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

54. The allegation contained in paragraph 54 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

55. The allegation contained in paragraph 55 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 43 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

56. Defendant hereby incorporates its responses to paragraphs 1 through 55 of plaintiff's complaint.

57. Admits the allegations contained in paragraph 57 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 57.

58. Admits the allegations contained in paragraph 58 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 58.

59. The allegation contained in paragraph 59 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

60. The allegation contained in paragraph 60 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

61. The allegation contained in paragraph 61 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 61 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

62. Defendant hereby incorporates its responses to paragraphs 1 through 61 of plaintiff's complaint.

63. Admits the allegations contained in paragraph 63 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 63.

64. Admits the allegations contained in paragraph 64 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 64.

65. The allegation contained in paragraph 65 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

66. The allegation contained in paragraph 66 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

67. The allegation contained in paragraph 67 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered "wherefore" paragraph following paragraph 67 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

68. Defendant hereby incorporates its responses to paragraphs 1 through 67 of plaintiff's complaint.

69. The allegation that the Government improperly deducted certain payment amounts is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied. Admits the remaining allegations contained in paragraph 69 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph

69.

70. The allegation contained in paragraph 70 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

71. The allegation contained in paragraph 71 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

72. The allegation contained in paragraph 72 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

The allegations contained in the unnumbered “wherefore” paragraph following paragraph 72 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

73. Denies that plaintiff is entitled to the relief requested in its prayers for relief, or to any relief whatsoever.

74. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that plaintiff's complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

November 29, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on November 29, 2006, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith