# In the United States Court of Federal Claims

No. 06-635 C

(Filed: January 25, 2007)

****************************************
**EDGE CONSTRUCTION COMPANY, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
****************************************

## ORDER

On January 22, 2007, the parties filed a Joint Preliminary Status Report ("JPSR") in response to the questions set forth in Paragraph III(4) of Appendix A of the Court's Rules. However, the JPSR failed to address the supplemental questions set forth in Paragraphs 6 ("Supplemental Information in the JPSR") and 7 ("Appendix to Joint Preliminary Status Report") of the Court's Special Procedures Order ("SPO"), issued on October 30, 2006.

Accordingly, the parties are hereby ORDERED to file a revised JPSR on or before **February 9, 2007**, which responds to Paragraphs 6 and 7 of the SPO.

The parties are instructed to be particularly mindful of the Court's instructions pursuant to Paragraphs 6(c) and 7(a) of the SPO. Additionally, the parties shall suggest three new dates for the Court to hold the preliminary status conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge