IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDGE CONSTRUCTION COMPANY, INC., )

Plaintiff,

v.

Case No. 06-635C
(Chief Judge Damich)

THE UNITED STATES,

Defendant.

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A, Rules of the United States Court of Federal Claims, the parties submit the following Joint Preliminary Status Report in response to questions set forth in paragraph III(4) of Appendix A.

a. Jurisdiction:

The parties currently perceive no jurisdictional defects in this case.

b. Consolidation:

The parties do not believe that this case should be consolidated with any other case.

c. Bifurcation:

The parties do not believe that the trial of liability and quantum should be bifurcated.

d. Deferral:

The parties know of no reason to defer proceedings in this case pending consideration of any other case presently before the Court.

e. Remand/Suspension:

The parties do not believe that the case should be remanded or suspended.

f. Joinder:

The parties do not believe any other party will be joined.

g. Dispositive Motions:

The parties do not anticipate filing dispositive motions prior to the completion of discovery but may reassess the filing of dispositive motions during the discovery period.

h. Relevant Issues:

I. Whether the Government was justified in terminating plaintiff=s contract for default.

2. Whether the plaintiff=s alleged default/s were excused by reasons beyond the plaintiff=s control, including plaintiff=s entitlement to time extensions to its contract performance time.

3. If the Government was not justified in terminating plaintiff=s contract for default, to what damages, if any, is the plaintiff entitled.

i. Settlement:

The parties will conduct settlement negotiations, and will discuss the possibility of submitting this case for alternative dispute resolution as discovery proceeds. If the parties agree to pursue alternative dispute resolution, we will notify the Court promptly.

j. Trial:

Both parties anticipate proceeding toward trial should discovery reveal that dispositive motions, ADR, or settlement are inappropriate. The parties recommend that trial (currently estimated to occupy one week of time) should be held in Detroit, Michigan.

k. Electronic Case Management:

The parties are aware of the Court's electronic case management procedures and will comply with them. In addition, the parties will cooperate with regard to the use of electronic document management techniques where possible.

l. Other Information:

The parties have agreed to exchange initial disclosures by March 1, 2007. There is no other information of which the Court should be made aware at this time.

Discovery:

The parties request a discovery period of six months, commencing with the approval of this joint preliminary status report. The parties have agreed that it may be necessary to exceed 10 depositions and/or 25 interrogatories per party. The parties propose that expert reports be due 60 days before the end of the discovery period, with expert depositions to take place thereafter, concurrent with the conclusion of fact discovery. The parties also propose that they file a joint status report proposing further proceedings within 30 days after the close of discovery.

Preliminary Status Conference:

The following dates are mutually agreeable to counsel for the preliminary status conference. February 26, 2007, March 1, 2007,

February 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner

DONALD E. KINNER
Assistant Director
s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-0391
Fax: (202) 353-7988
Email: brian.smith@usdoj.gov

Attorneys for Defendant

s/John K. Grylls
Attorney for Plaintiff
JOHN K. GRYLLS, P.C.
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0123
(313) 886-7699 fax
JKGrylls@comcast.net

Attorney for Plaintiff

February 16, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on February 16, 2007, a copy of the foregoing JOINT PRELIMINARY STATUS REPORT@ was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court=s electronic filing system. Parties may access this filing through the Court=s system.

s/John K. Grylls