# In the United States Court of Federal Claims

No. 06-635 C

(Filed: February 28, 2007)

****************************************
**EDGE CONSTRUCTION COMPANY, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
****************************************

## ORDER

On January 22, 2007, the parties filed a Joint Preliminary Status Report ("JPSR") in response to the questions set forth in Paragraph III(4) of Appendix A of the Court's Rules. However, the JPSR failed to address the supplemental questions set forth in Paragraphs 6 ("Supplemental Information in the JPSR") and 7 ("Appendix to Joint Preliminary Status Report") of the Court's Special Procedures Order ("SPO"), issued on October 30, 2006. Accordingly, the Court issued an Order on January 25, 2007, for the parties to file a revised JPSR on or before February 9, 2007, that would address the aforementioned supplemental questions as provided in the Court's SPO.

On February 16, 2007, the parties submitted, a week after it was due, a purportedly revised JPSR which failed to heed the Court's previous Order. In light of the above, the Court hereby ORDERS the parties to comply with the Court's Order dated January 25, 2007, and to submit a revised JPSR on or before **March 14, 2007**.

Should the parties again fail to comply with the Court's Order, the Court shall dismiss this case without prejudice for failure to prosecute.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge