IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDGE CONSTRUCTION COMPANY, INC.,)

Plaintiff,

v.

Case No. 06-635C
(Chief Judge Damich)

THE UNITED STATES,

Defendant.

---

JOHN K. GRYLLS P13350
Attorney for Plaintiff
JOHN K. GRYLLS, P.C.
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0123
(313) 886-7699 fax
jkgrylls@comcast.net

BRIAN S. SMITH
Attorney for Defendant
COMMERCIAL LITIGATION BRANCH
CIVIL DIVISION – DEPT. OF JUSTICE
Washington, D.C. 20530
(202) 616-0391
(202) 353-7988
brian.smith@usdoj.gov

---

**MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT JPSR**

Now comes Plaintiff, EDGE, by and trough its attorney, John K. Grylls, P.C. and moves for an enlargement of time to file its Joint Preliminary Status Report from the date ordered by the Court of March 14, 2007 for one week to March 21, 2007.

The Motion is necessitated by the inexperience of Plaintiff's council as to the Special Procedures Order issued by this Court on October 30, 2006 and the communication difficulties between Plaintiff's Council and the Defendant's council. Plaintiff''s council has received the Defendant's information but requires additional time to provide its information.

Defendant's council does not oppose this motion.

This motion has **not** been brought prior to five days of the proscribed time for the submission of the JPSR as required by the Special Procedural Order ¶4(a)(i). Plaintiff's council wrongly believed that he had sufficient time to receive Defendant's Status Report information and insert his own but realized that the information required would take additional time to properly prepare and submit. The erroneous belief by Plaintiff's council resulted from his failure to understand the complexity of the requirements and the amount of time that is required to complete the JPSR.

/s/ John K. Grylls
Attorney for Plaintiff
JOHN K. GRYLLS, P.C.
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0123
(313) 886-7699 Fax
jkgrylls@comcast.net