# In the United States Court of Federal Claims

No. 06-635 C

(Filed: April 11, 2007)

****************************************
**EDGE CONSTRUCTION COMPANY, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
****************************************

**ORDER**

As proposed by the parties and discussed at the preliminary status conference held today, April 11, 2007, the Court hereby ORDERS the following schedule for fact and expert discovery:

| | |
|---|---|
| **April 15, 2007** | Submission of initial disclosures pursuant to RCFC 26(a) |
| **October 31, 2007** | Expert reports due simultaneously |
| **December 31, 2007** | Close of all fact and expert discovery (including completion of all depositions). |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge