# John K. Grylls, P.C.

18430 MACK AVENUE
GROSSE POINTE FARMS
MICHIGAN 48236

PHONE 313 885-0123 FAX 313 886-7699 jkgrylls@comcast.net


June 11, 2007

Crerk to Chief Judge Damich

Re: Edge Construction Company, Inc.
Veterans Administration Project
Great lakes National Cemetery
Case Number 1:06-cv-635

Dear Clerk,

Please add Mr. Philip Alber to the intended recipient of all electronic filings at:

palber@albercrafton.com

Alber Crafton, PSC
2301 W. Big Beaver Road, Suite 300
Troy, MI 48084

Very truly yours,

John K. Grylls
cc: client
cc: Philip Alber