IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDGE CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-635C |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINES**

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the current fact discovery schedule in this case be extended by 60 days, that the deadline for expert reports be extended until 30 days after the fact discovery deadline, and that expert discovery be concluded 30 days after the submission of expert reports. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

This case was transferred to counsel for defendant in September of this year. Although the parties have exchanged written discovery and have scheduled depositions beginning in December, additional time is needed to conduct fact discovery, ascertain whether expert witnesses are needed and, if so, arrange for the preparation of expert reports.

In addition, the enlargement is requested because of counsel of record's current workload, which includes a bid protest case in this Court, Weeks Marine, Inc. v. United States, No. 07-700C, in which cross-motions for judgment on the administrative record were filed October 17, 2007, reply briefs filed October 22, 2007, and oral argument took place on October 24, 2007; oral argument in the case of Musgrave v. United States, No. 2007-1306, before the United States

Court of Appeals for the Federal Circuit, on November 5, 2007; a response to the complaint in State Automobile Mutual Insurance Co. v. United States, No. 07-516, due on November 9, 2007; a response to the complaint in Feggins v. United States, No. 07-614, due on November 19, 2007; a response to a motion to transfer in the case of ACC Construction Co. v. United States, No. 07-379, due on November 16, 2007; a response to the complaint in the case of Lewis v. United States, No. 07-591, due on December 3, 2007; and discovery in the case of Hoh River Timber Co. v. United States, No. 06-418.

Accordingly, defendant requests that the scheduling order, filed on April 11, 2007, be amended as follows:

| | |
|---|---|
| February 29, 2008 | Close of fact discovery |
| March 31, 2008 | Expert reports due |
| April 30, 2008 | Expert discovery ends. |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Donald E. Kinner / by Kirk T. Manhardt
DONALD E. KINNER
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

Attorneys for Defendant

October 25, 2007

CERTIFICATE OF FILING

I hereby certify that on the 25th day of October, 2007, a copy of the foregoing "Consent Motion to Extend Discovery and Expert Witness Deadlines" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ L. Misha Preheim