# In the United States Court of Federal Claims

No. 06-635 C

(Filed: February 1, 2008)

*******************************************
**EDGE CONSTRUCTION COMPANY, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*******************************************

**ORDER**

At this time, all discovery (fact and expert) in this case is scheduled to close on February 29, 2008. The Court, therefore, ORDERS the parties to submit a joint status report, on or before **Friday, March 14, 2008**, discussing any dispositive motions they will file, the dates when the motions will be filed, and the factual and legal issues such motions will concern.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge