IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDGE CONSTRUCTION COMPANY, INC.

Plaintiff,

v.

Case No. 06-635C
(Chief Judge Damich)

THE UNITED STATES,

Defendant.

John K. Grylls (P14450)
JOHN K. GRYLLS, P.C.
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0213
(313) 886-7699 – fax
jkgrylls@comcast.net

L. Misha Preheim, Esquire
COMMERCIAL LITIGATION BRANCH
CIVIL DIVISION – DEPT. OF JUSTICE
Attorney for Defendant
1100 L. Street N.W.
Washington, D.C. 20530
(202) 305-3087
(202) 305-1571 – fax

Phillip G. Alber (P24806)
ALBER CRAFTON, PSC
Of Counsel for Plaintiff
2301 West Big Beaver Road, Suite 300
Troy, MI 48098
(248) 822-6190
(248) 822-6191 – fax
palber@albercrafton.com

**PLAINTIFF'S UNOPPOSED FIRST MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff respectfully requests an enlargement of time of 30 days, to and including April 9, 2008, within which to file its response to Defendants Motion to Dismiss pursuant to Rule 12(b)(1). Plaintiff's response is now due to be filed on March 10, 2008. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has contacted Defendant's counsel, who has indicated that defendant does not oppose this request.

Plaintiff requests an enlargement of time because the parties are continuing to discuss the possibility of settlement. Plaintiff would like to pursue these discussions further before it prepares and files a response to the Motion.

**JOHN K. GRYLLS, P.C.**
By: s/John K. Grylls
John K. Grylls (P14450)
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0123
(313) 886-7699 fax
JKGrylls@comcast.net
Attorney for Plaintiff

**ALBER CRAFTON, PSC**
By: s/Phillip G. Alber
Phillip G. Alber (P24802)
Of Counsel for Edge Construction
2301 West Big Beaver Road, Suite 300
Troy, MI 48084
(248) 822-6190
palber@albercrafton.com

Date: March 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed Plaintiff's Unopposed First Motion For An Enlargement Of Time with the Clerk of the Court using the ECF system.

**JOHN K. GRYLLS, P.C.**
By: s/John K. Grylls
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0123
(313) 886-7699 fax
JKGrylls@comcast.net
Attorney for Plaintiff

F:\DOCS\8505\016\MOTION\00073842.DOC