IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDGE CONSTRUCTION COMPANY, INC.

Plaintiff,

v.

Case No. 06-635C
(Chief Judge Damich)

THE UNITED STATES,

Defendant.

_______________________________________________/

John K. Grylls (P13350)
JOHN K. GRYLLS, P.C.
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0213
(313) 886-7699 – fax
jkgrylls@comcast.net

L. Misha Preheim, Esquire
COMMERCIAL LITIGATION BRANCH
CIVIL DIVISION – DEPT. OF JUSTICE
Attorney for Defendant
1100 L. Street N.W.
Washington, D.C. 20530
(202) 305-3087
(202) 305-1571 – fax

Phillip G. Alber (P24806)
ALBER CRAFTON, PSC
Of Counsel for Plaintiff
2301 West Big Beaver Road, Suite 300
Troy, MI 48098
(248) 822-6190
(248) 822-6191 – fax
palber@albercrafton.com

_______________________________________________/

**PLAINTIFF'S MOTION TO AMEND COMPLAINT AND TO HOLD MOTION TO DISMISS IN ABEYANCE**

NOW COMES Plaintiff, Edge Construction Company, Inc., by and through its attorney, John K. Grylls, P.C., and for its Motion to Amend Complaint and to Hold Motion to Dismiss in Abeyance, states as follows:

1. Plaintiff filed its Complaint against the United States in this action on September 8, 2006, alleging wrongful termination of a certain construction contract between Plaintiff and Defendant, as well as for breach of contract relating to various claims on the Project at issue.

2. Plaintiff desires to file an Amended Complaint, a copy of which is attached hereto as Exhibit A, narrowing the scope of this action to a claim to convert the default termination to a termination for convenience.

3. Other claims, including those originally contained in the Complaint in this action will be submitted to the Contracting Officer for the United States for determination and potential resolution.

4. The Defendant's counsel has told Plaintiff's counsel that he wishes to review the proposed Amended Complaint to determine whether he has any objection to the Motion to Amend.

5. This Court should grant Plaintiff's Motion pursuant to RCFC 15(a), which states that leave to amend "shall be freely given when justice so requires."

6. The amendment requested in this Motion would significantly narrow the issues and lead to a more efficient determination of the remaining claims.

7. As the amendment requested herein is in the interest of justice, Plaintiff requests that this Court grant Plaintiff's Motion and allow Plaintiff to file the Amended Complaint attached hereto as Exhibit A.

8. The United States has filed a Motion to Dismiss with respect to various counts in the original Complaint, which remains pending.

9. The Amended Complaint would make all of the issues in the Motion to Dismiss moot, as the Motion to Dismiss relates only to claims that are not contained in the Amended Complaint.

10. Plaintiff requests that this Court hold Defendant's Motion to Dismiss in abeyance (so that a Response is not required) pending its determination of Plaintiff's Motion to Amend.

11. Defendant's counsel has told Plaintiff's counsel that he does not oppose such an order holding Defendant's Motion to Dismiss in abeyance.

12. This Court should hold the United States' Motion to Dismiss in abeyance in the interest of justice and to preserve judicial economy, as a grant of Plaintiff's Motion to Amend would make it unnecessary to decide the Motion to Dismiss.

WHEREFORE, Plaintiff, Edge Construction Company, Inc., respectfully requests that this Honorable Court grant its Motion to Amend, and to allow Plaintiff to file the Amended Complaint attached hereto as Exhibit A. Plaintiff further requests that this Court hold Defendant's pending Motion to Dismiss in abeyance until this Motion to Amend is decided. Plaintiff further requests that this Court award any other relief that it deems just and appropriate.

**JOHN K. GRYLLS, P.C.**
By: _s/*John K. Grylls*_
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0123
(313) 886-7699 fax
JKGrylls@comcast.net
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed Plaintiff's Motion to Amend Complaint with the Clerk of the Court using the ECF system.

**JOHN K. GRYLLS, P.C.**
By: _s/*John K. Grylls*_
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0123
(313) 886-7699 fax
JKGrylls@comcast.net
Attorney for Plaintiff