# EXHIBIT A