# EXHIBIT 1