IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDGE CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-635C |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

RESPONSE TO MOTION TO AMEND AND
NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

On February 6, 2008, the United States filed a motion to dismiss certain portions of the complaint filed by plaintiff Edge Construction Company, Inc. ("Edge"). On April 9, 2008, Edge moved to amend its complaint to address the issues posed in defendant's motion to dismiss. Defendant does not oppose the motion to amend. Accordingly, should the Court grant Edge's motion to amend, defendant respectfully withdraws its motion to dismiss. In addition, should the Court grant Edge's motion to amend, defendant respectfully requests that the Court grant defendant 30 days in which to respond to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

Attorneys for Defendant

April 23, 2008

## CERTIFICATE OF FILING

I hereby certify that on the 23rd day of April, 2008, a copy of the foregoing "Response to Motion to Amend and Notice of Withdrawal of Motion to Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ L. Misha Preheim