IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDGE CONSTRUCTION COMPANY, INC.,

Plaintiff,

v.

Case No. 06-635C
(Chief Judge Damich)

THE UNITED STATES,

Defendant.

_______________________________________________/

John K. Grylls (P13350)
JOHN K. GRYLLS, P.C.
Attorney for Plaintiff
18430 Mack Avenue
Grosse Pointe Farms, MI 48236
(313) 885-0213
jkgrylls@comcast.net

L. Misha Preheim, Esquire
COMMERCIAL LITIGATION BRANCH
CIVIL DIVISION – DEPT. OF JUSTICE
Attorney for Defendant
1100 L. Street N.W.
Washington, D.C. 20530
(202) 305-3087

Phillip G. Alber (P24806)
ALBER CRAFTON, PSC
Of Counsel for Plaintiff
2301 West Big Beaver Road, Suite 300
Troy, MI 48098
(248) 822-6190
palber@albercrafton.com

_______________________________________________/

**ORDER TO STAY PROCEEDINGS**

Edge Construction Company, Inc., having filed its Unopposed Motion to Stay Proceedings, the United States confirming that it does not oppose the Motion and concurring with the relief sought therein, notice and an opportunity to be heard having been given to all parties, the Court having heard argument and otherwise having been apprised of the premises:

IT IS ORDERED THAT proceedings are stayed for 90 days.

___________________________________
U.S. COURT OF FEDERAL CLAIMS JUDGE

Dated: ___________________

F:\DOCS\8505\016\ORDER\00077729.DOC

**END OF ORDER**