IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDGE CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-635C |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO WITHDRAW MOTION TO DISMISS

On February 6, 2008, the United States filed a motion to dismiss certain portions of the complaint filed by plaintiff Edge Construction Company, Inc. ("Edge"). On April 9, 2008, Edge moved to amend its complaint to address the issues posed in defendant's motion to dismiss. Defendant did not oppose the motion to amend. On May 23, 2008, the Court granted Edge's motion to amend. The amended complaint addresses the issues raised in our motion to dismiss. Accordingly, defendant respectfully requests that the Court allow us to withdraw our motion to dismiss.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

Attorneys for Defendant

June 25, 2008

CERTIFICATE OF FILING

I hereby certify that on the 25th day of June, 2008, a copy of the foregoing "Motion for Leave to Withdraw Motion to Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ L. Misha Preheim